[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 24, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-12050
Non-Argument Calendar

_____

D. C. Docket Nos. 05-00188-CR-ORL-22-KRS & 06-00225-CR-ORL

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

AARON BELLAMY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(January 24, 2008)**

Before BIRCH, DUBINA and PRYOR, Circuit Judges.

PER CURIAM:

Michael Donaldson, appointed counsel for Aaron Bellamy in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. As independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bellamy's convictions and sentences are **AFFIRMED**.